No. 65649.—Wood, Niebuhr & Co. v. United States, protest 60/15139 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65650.—Castelazo & Associates and Net Products Co. et al. v. United States, protests 59/31933, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 18, 1961

No. 65651.—Andrew Fisher Cycle Co., Inc. v. United States, protest 58/7746 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.